UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

MARQUIS WRIGHT,

Defendant.

15 Cr. 445-3 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a filing from defendant Marquis Wright, which it treats as a motion for compassionate release.  *See* Dkt. 1177.  The Court reappoints Mr. Wright's trial counsel, James Michael Roth, Esq., for the purpose of submitting a letter memorandum in support of Mr. Wright's motion.  That memorandum is due April 22, 2021.  The Government's response is due by April 29, 2021.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 1, 2021
       New York, New York