UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MARQUIS WRIGHT,

Defendant.

15 Cr. 445-3 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 31, 2021, the Court received a motion for compassionate release from defendant Marquis Wright. Dkt. 1177. On April 1, 2021, the Court reappointed Mr. Wright's trial counsel, James Michael Roth, Esq., for the limited purpose of writing a brief in support of Mr. Wright's motion and set a briefing schedule. Dkt. 1179. The same day, Mr. Roth informed the Court that he is now conflicted from representing Mr. Wright. Dkt. 1180.

The Court appoints Jeremy Schneider, Esq., as CJA counsel in lieu of Mr. Roth, for the limited purpose of writing a memorandum of law in support of Mr. Wright's compassionate release motion. That memorandum is due April 27, 2021. The Government's response is due by May 4, 2021.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: April 6, 2021
New York, New York