# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

May 24, 2021

**BY ECF and EMAIL**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: United States v. Marquis Wright
           15 Cr. 445-3 (PAE)

Dear Judge Engelmayer:

    On April 6, 2021 your Honor appointed me for the limited purpose of writing a memorandum of law in support of Mr. Wright's compassionate release motion. I am writing to request (2nd request, see Dkt. No. 1189) an extension/modification of the briefing schedule until June 18, 2021, to permit me to obtain and review critical records, documents and information in order to evaluate and incorporate them into the memorandum. The government, by AUSA Dina McLeod does not object to this request.

    On April 6th and April 12th my office sent Mr. Wright certain forms and releases for his signature so that we would have the authorization to request his records. While we have received all of the signed forms/releases, we have not yet received all of the requested records.

Hon. Paul A. Engelmayer
May 24, 2021
Page Two

Therefore, I request that the defense memorandum be filed on or before June 18, 2021, which would hopefully give me sufficient time to receive and review the records, and ultimately prepare the memorandum in support of Mr. Wright's motion.

If your Honor has any questions or requires additional information, please do not hesitate to contact me.

Thank you in advance for you consideration in this matter.

Respectfully submitted,

*Jeremy Schneider*

Jeremy Schneider

cc: AUSA Dina McLeod

Granted. Defendant's supplemental memorandum is due by **June 18, 2021.** The Government's response is due by **June 25, 2021.**

SO ORDERED.

May 24, 2021

PAUL A. ENGELMAYER
United States District Judge