ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

June 15, 2021

Tel: (212) 571-5500
Fax: (212) 571-5507

Rachel Perillo

Granted. Wright's memorandum is due August 17, 2021.
The Government's response is due by August 24, 2021.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

June 15, 2021

**By ECF & Email**
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. Marquis Wright
15 Cr. 445-3 (PAE)

Dear Judge Engelmayer:

On April 6, 2021, your Honor appointed me for the limited purpose of writing a memorandum of law in support of Mr. Wright's compassionate release motion, which is presently due on June 18, 2021, with the government's response due on June 25, 2021. This letter is respectfully submitted to request a sixty-day extension/modification of the briefing schedule to permit me to obtain and review critical records, documents and information in order to evaluate and incorporate them into the supplemental memorandum. The government, by AUSA Dina McLeod, does not object to this request.

This is my third request for an extension to file Mr. Wright's supplemental memorandum; the Court granted both prior requests. As noted in my previous letters (Dkt. 1187, 1193), on April 6th and April 12th my office sent Mr. Wright certain forms and releases for his signature so that we would have the authorization to request his records. We are still awaiting receipt of those records, which are necessary for the preparation of our memorandum. I believe that a sixty-day extension will provide sufficient time to receive and review the records, and ultimately prepare the memorandum in support of Mr. Wright's motion.

If your Honor has any questions or requires additional information, please do not hesitate to contact me.

Respectfully submitted,

/s/

Jeremy Schneider

cc:   AUSA Dina McCleod (By ECF & Email)