UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

MARQUIS WRIGHT,

                Defendant.

S13 15-CR-445-03 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On April 24, 2018, defendant Marquis Wright was sentenced principally to a term of imprisonment of 420 months. Dkt. 901.

On March 13, 2024, Wright filed a *pro se* motion requesting that the Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline, which went into effect on November 1, 2023 and applies retroactively. Dkt. 1324 (docketed March 28, 2024). The United States Probation Department has issued a report indicating that Wright is not eligible for a sentence reduction. Dkt. 1330.

The Court has considered the record in this case, and the submissions on this motion of the defendant, Dkt. 1324, and the Probation Department, Dkt. 1330.

The Court finds that Wright is ineligible for a reduction of sentence because, as explained by the Probation Department, he does not meet the eligibility criteria of Amendment 821. That is because his sentence was the sum of two mandatory minimum terms of imprisonment that were required to run consecutively, and thus the Court is unable to impose a lower sentence. The Court therefore denies Wright's motion.

The Clerk of Court is requested to terminate the motion at Dkt. 1324 and to mail a copy of this order to Wright at the below address:

Marquis Wright, #74219-054
FCI Gilmer
P.O. Box 6000
Glenville, WV 26351-6000

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: June 20, 2024
New York, New York