UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>MARQUIS WRIGHT,<br><br>                              Defendant. | 15-CR-445-03 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court today received a *pro se* submission from defendant Marquis Wright, seeking clarification of the Court's determination that he is ineligible for a reduction of sentence under Sentencing Guidelines Amendment 821. Dkt. 1334.

The Court hereby instructs the United States Probation Department to furnish a copy of the supplemental presentence report, which explains the determination of ineligibility, to Wright's case manager at FCI Gilmer, whom the Court expects will review that report with Wright.

The Clerk of Court is respectfully directed to mail a copy of this order to the defendant at the address below:

    Marquis Wright #74219-054
    FCI Gilmer
    P.O. Box 6000
    Glenville, WV 26351-6000

SO ORDERED.

                                            *Paul A. Engelmayer*
                                            _____
                                            PAUL A. ENGELMAYER
                                            United States District Judge

Dated: July 8, 2024
       New York, New York